# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0433
_____

LAWRENCE ALBERT WILLIAMS
JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

October 30, 2019

PER CURIAM.

   AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lawrence Albert Williams Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.